**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| JEROME RATLIFF JR., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DON HUMMER TRUCKING CORP., an Iowa corporation,<br><br>    Defendant. | No.  3:18-cv-00023-RGE-SBJ<br><br>**STIPULATION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Jerome Ratliff, Jr., and Defendant Don Hummer Trucking Corp., hereby stipulate that this action be dismissed with prejudice. That parties shall bear their own attorneys' fees and costs.

Dated: June 14, 2018                              Respectfully Submitted,

/s/ Christopher J. Eckhart                        s/ Michael Aschenbrener
One of the Attorneys for Defendant                One of the Attorneys for Plaintiff

Christopher J. Eckhart                            Michael Aschenbrener
Scopelitis, Garvin, Light, Hanson                 KamberLaw LLC
& Feary, P.C.                                     200 Milwaukee Street, Suite 200
10 West Market St, Suite 1400                     Denver, CO  80206
(317) 637-1777                                    (212) 920-3072
(317) 687-2414                                    (212) 202-6364
ceckhart@scopelitis.com                           masch@kamberlaw.com